1030

*In the Matter of the Marriage of* PEDRO SANCHEZ, JR.,
*Appellant,* and LEILANI J. SANCHEZ, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 10-3-04539-1, Ronald E. Culpepper, J., entered
July 8, 2013. *Remanded with instructions* by unpublished
opinion per Worswick, J., concurred in by Melnick and
Sutton, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. NIKOLAY IVANOVICH
KALACHIK, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 13-1-01416-5, Suzan L. Clark, J., entered Octo-
ber 23, 2013. *Affirmed* by unpublished opinion per Wors-
wick, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT DOUGLAS
STARGEL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 13-1-00847-7, Stanley J. Rumbaugh, J., entered
December 20, 2013. *Affirmed* by unpublished opinion per
Worswick, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

THE STATE OF WASHINGTON, *Respondent,* v. DAWAYNE CHARLES
McCASH, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 13-1-00543-8, Nelson E. Hunt, J., entered
February 25, 2014. *Affirmed in part* and *remanded with
instructions* by unpublished opinion per Worswick, J., con-
curred in by Bjorgen, A.C.J., and Melnick, J.